```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TMT ASIA LIMITED,                       :
                                        :        08 CV 8176 (PKL)
              Plaintiff,                :
                                        :
       - against -                      :
                                        :
AGRENCO MADEIRA COMERCIO                :
INTERNACIONAL LDA, AGRENCO              :
ITALIA S.P.A., AGRENCO                  :
NETHERLANDS NV., AGRENCO                :
HOLDING B.V.,AGRENCO                    :
NETHERLANDS COOPERATIEF U.A.            :
And TRADMAN NETHERLANDS B.V.            :
                                        :
              Defendant.                :
----------------------------------------X
TMT ASIA LIMITED,                       :        08 CV 8652 (PKL)
                                        :
              Plaintiff,                :
                                        :
       - against -                      :
                                        :
AGRENCO MADEIRA COMERCIO                :
INTERNACIONAL LDA, AGRENCO              :        ECF CASES
ITALIA S.P.A., AGRENCO                  :
NETHERLANDS NV., AGRENCO                :
HOLDING B.V.,AGRENCO                    :
NETHERLANDS COOPERATIEF U.A.            :
And TRADMAN NETHERLANDS B.V.            :
                                        :
              Defendant.                :
----------------------------------------X

## ORDER FOR CONSOLIDATION OF CASES

IT IS HEREBY ORDERED:

Docket numbers 08 CV 8176 (PKL) and 08 CV 8652 (PKL) are consolidated pursuant to Fed.R.Civ.P. 42(a)(2). Docket number 08 cv 8176 (PKL) shall be considered the primary case for the purposes of all filings and recordkeeping until further Order of the Court. The garnishee banks are hereby instructed to continue to restrain the attached funds under the primary docket number.

All future pleadings, orders and correspondence shall be captioned to include the Docket Number and Case Title of Docket Number 08 cv 8176 (PKL), the primary case.

The primary case shall remain open until the final disposition of all the consolidated cases or until further order of the Court.

7/01/09

SO ORDERED:

_____
Honorable Peter K. Leisure, U.S.D.J.